UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK T. FETCH,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-2051-T-26MSS

TGI FRIDAY'S, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the well-pleaded allegations of Plaintiff's complaint (which the Court must accept as true at this stage of the proceedings), together with all reasonable inferences to be drawn from those factual allegations, it is ordered and adjudged that Defendant's Motion to Dismiss (Dkt. 5) is denied.  Defendant has failed to convince this Court that Plaintiff can prove no set of facts entitling him to relief under the Americans with Disabilities Act and the Florida Civil Rights Act.[1]  Defendant shall file its answer and defenses to Plaintiff's complaint within 10 days of this order.

**DONE AND ORDERED** at Tampa, Florida, on December 4, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] The district court cases cited by Defendant do not, in the Court's view, dictate a contrary conclusion.  Moreover, those decisions are not binding on this Court.  See United States v. Cerceda, 172 F. 3d 806, 812 (11th Cir. 1999) (noting that "[t]he opinion of a district court carries no precedential weight, even within the same district.") (citation omitted).